## JOHN P. HARDEE v. THE STATE.

No. 8983.   Delivered December 20, 1924.

No motion for rehearing filed.

**Transporting Intoxicating Liquor—No Record.**

No statement of facts nor bills of exception appearing in the record, cause is affirmed.

Appeal from the District Court of Johnson County.   Tried below before the Hon. Irwin T. Ward, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Johnson county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts.   Appellant pleaded guilty and as far as the record reveals was appropriately warned and entered his plea to an indictment which charges an offense in conformity with law.

No error appearing, the judgment will be affirmed.

*Affirmed.*